# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jerry Kraus,** <br><br>　　　　Plaintiff, <br><br>　v. <br><br>**Inderjit S. Ubhi;** <br>**MCIA Insurance Services, LLC**, a California Limited Liability Company; and Does 1-10, <br><br>　　　　Defendants. | Case No.: 2:18-CV-00558-WBS-GGH <br><br>**ORDER ON REQUEST TO CONTINUE SCHEDULING CONFERENCE** <br><br><br>Complaint Filed: March 15, 2018 <br>Trial Date:　　　N/A |

Having read the request to Continue Scheduling Conference and finding good cause it is hereby ordered that the deadline for the Rule 26 joint report be continued to **September 10, 2018**, and the scheduling conference, be continued to **September 24, 2018 at 1:30 p.m.**

IT IS SO ORDERED.

Dated: July 2, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-