UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY KRAUS, | ) Case No.: 2:18-CV-00558-WBS-GGH |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| INDERJIT S. UBHI; | ) |
| MCIA INSURANCE SERVICES, LLC, a | ) |
| California Limited Liability Company;and | ) |
| Does 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Upon Notice of Settlement, the Court hereby orders the Scheduling Conference continued from April 15, 2019 to **April 29, 2019 at 1:30 p.m.** in Courtroom 5 (WBS), with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days, and no later than April 15, 2019, or a joint status report by that date if settlement has not been finalized.

**IT IS SO ORDERED.**

DATED: February 13, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE